NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSE A. VILLEGAS-CINTRON, )
)
Appellant, )
)
v. )            Case No.  2D16-4359
)
STATE OF FLORIDA, )
)
Appellee. )
_____ )

Opinion filed September 12, 2018.

Appeal from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

Howard L. Dimmig, II, Public Defender, and
Mark J. O'Brien, Special Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and David Campbell,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


Affirmed.



LaROSE, C.J., and SILBERMAN and LUCAS, JJ., Concur.